```
                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


JACOBY MAIZE                                CIVIL ACTION

VERSUS                                      NUMBER: 12-0374

WARDEN OF J.P.C.C., ET AL.                  SECTION: "J"(5)
```

ORDER ON MOTION
JULY 16, 2013

APPEARANCES:

MOTION:

(1) Plaintiff's Motion for Enforcement of Settlement and Sanctions
    for Breach of Agreement (Rec. doc. 49).

_____ : Continued to

_____ : No opposition

\_\_\_1\_\_ : Opposition


ORDERED

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

___1___:   Other.  Notwithstanding the fact that the Court no longer has jurisdiction to enforce the settlement agreement, <u>Woolwine Ford Lincoln Mercury v. Con. Fin. Resources, Inc.</u>, 245 F.3d 791, 2000 WL 1910184 (5th Cir. 2000)(table), plaintiff's motion is moot as he signed the receipt and release and received the settlement funds on July 10, 2013.  (Rec. doc. 50-1).

 

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE